**Electronically Filed
Supreme Court
SCWC-15-0000663
05-DEC-2018
03:40 PM**

SCWC-15-0000663

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DANE S. FIELD, TRUSTEE OF THE BANKRUPTCY ESTATE OF ALOHA SPORTS INC., Petitioner/Plaintiff-Appellant,

vs.

THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, AN UNINCORPORATED ASSOCIATION, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000663; CIV. NO. 06-1-1832)

ORDER DENYING MOTION FOR EXTENSION
OF TIME AND FULL BRIEFING AND/OR RECONSIDERATION
OF THE NOVEMBER 20, 2018 OPINION OF THE COURT
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Respondent/Defendant-Appellee National Collegiate Athletic Association's Motion for Extension of Time and Full Briefing and/or Reconsideration of the November 20, 2018 Opinion of the Court filed November 29, 2018, the papers in support thereof, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, December 5, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

